## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MAURICE O. WILLIAMS**                                                          **PETITIONER**
**ADC #89500**

**v.**                                 **NO. 5:06CV00116 JLH/BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed any objections.  After careful review of the

Recommended Disposition, the Court concludes that the Recommended Disposition

should be, and hereby is, approved and adopted as this Court's findings in all respects in

its entirety.

Accordingly, this Petition for Writ of Habeas Corpus (docket entry #2) is

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 4th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE